No. 03–9539.  SAMPLE v. FEDERAL BUREAU OF PRISONS. C. A. 5th Cir.  Certiorari denied.

No. 03–9544.  ADAMS v. NEGRON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–9569.  FOURSTAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–9570.  GONZALEZ-GARCIA v. UNITED STATES.  C. A. 9th. Cir.  Certiorari denied.

No. 03–9600.  SCOTT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9601.  CURRY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–9603.  NAVA-SOTELA, AKA MONTOYA v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 03–9604.  MALTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9605.  NESTOR v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–9614.  LOVELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–9618.  QUEZADA-CRUZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9628.  QUINTERO-RENDON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–9630.  BATES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–9632.  COSBY v. MEADORS, ASSOCIATE WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 03–9637.  BRENNAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.